TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00012-CR






Barbara Ann Wyatt, Appellant


v.


The State of Texas, Appellee






FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY

NO. 07-05096-3, HONORABLE DONALD HIGGINBOTHAM, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant has filed a third motion for extension of time to file her brief, asking for
a thirty-day extension, to April 30, 2011. We grant the motion but caution counsel that failure to file
the brief by April 30 will result in the referral of this case to the trial court for a hearing under
rule 38.8(b). See Tex. R. App. P. 38.8(b).

 


Before Justices Puryear, Pemberton and Rose

Filed: April 7, 2011

Do Not Publish